# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | | |

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, AUGUST 22, 2023

| | |
|---|---|
| 21-12828 & 22-10135 | Eric Rudolph, Appellant v. United States |
| 22-12974 | Jose Perez, et al., Appellants v. Owl, Inc. |
| 22-10909 | Bryan Rhode, Appellant v. CSX Transportation, Inc. |
| 22-10858 | Phyllis Edwards, Appellant v. Dothan City Schools, et al. |

### WEDNESDAY, AUGUST 23, 2023

| | |
|---|---|
| 22-13921 | United States v. James Talley, Appellant |
| 22-11667 | Dennis McLain, Appellant v. Secretary, Department of Veterans Affairs |
| 22-12419 | Continental Holdings, Inc., Appellant v. HPL GP, LLC, et al. |
| 22-12886 | Gregory Weidner, III, Appellant v. Commissioner of Social Security |

### THURSDAY, AUGUST 24, 2023

| | |
|---|---|
| 22-11744 | Jimmie Bowen v. Secretary, Florida Department of Corrections, Appellant |
| 22-10002 | Karyn Stanley, Appellant v. City of Sanford, Florida |
| 22-13135 | Honeyfund.Com Inc., et al. v. Governor, State of Florida, et al., Appellants |
| 22-12146 | HDI Global Specialty SE v. PF Holdings LLC, et al., Appellants |

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT**

ATLANTA, GEORGIA
06/23/23 - #23